UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HENDERSON,<br><br>            Plaintiff,<br><br>       v.<br><br>CALIFORNIA MEDICAL FACILITY,<br><br>            Defendants. | No. 2:21-cv-0790 KJN P<br><br><br>ORDER AND FINDINGS AND <u>RECOMMENDATIONS</u> |

By an order filed May 5, 2021, plaintiff was ordered to submit, within thirty days, a request to proceed in forma pauperis or pay the required filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required document or paid the filing fee.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections

1

to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 17, 2021

*(signature)*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hend0790.fifp