UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT HENDERSON, | No. 2:21-cv-0790 KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA MEDICAL FACILITY, | |
| Defendant. | |

Plaintiff, a state prisoner, proceeds pro se with a civil rights action under 42 U.S.C. § 1983. On June 17, 2021, the undersigned recommended this action be dismissed based on plaintiff's failure to either file an in forma pauperis affidavit or pay the required filing fee of $350.00 plus the $52.00 administrative fee.[1] See 28 U.S.C. §§ 1914(a), 1915(a). On July 6, 2021, plaintiff filed objections; however, he failed to sign the objections.[2]

Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

[2] It appears plaintiff may have attempted to "electronically" sign the document by typing /s/. (ECF No. 6 at 2.) However, the "/s/" indicia is insufficient for pro se prisoners who are not granted access to the court's CM/ECF electronic filing system.

1

consider plaintiff's objections unless he signs and re-files the objections.  Accordingly, plaintiff is provided an opportunity to re-file the objections bearing his signature.  Failure to submit the signed objections will result in an order striking the unsigned objections from the record, and the undersigned will forward the findings and recommendations to the district court for review and adoption.

Therefore, IT IS HEREBY ORDERED that within fourteen days from the date of this order, plaintiff shall re-file the objections bearing his signature.

Dated:  July 15, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hend0790.r11